NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONUMENT PEAK VENTURES, LLC,**
*Plaintiff-Appellant*

**v.**

**TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA CORPORATION,**
*Defendants-Appellees*

---

2021-1052

---

Appeal from the United States District Court for the Central District of California in No. 8:19-cv-02181-DOC-DFM, Judge David O. Carter.

---

**JUDGMENT**

---

JOHN J. EDMONDS, Edmonds & Schlather, PLLC, Houston, TX, argued for plaintiff-appellant.  Also represented by STEPHEN F. SCHLATHER.

DOUGLAS FRED STEWART, Bracewell LLP, Seattle, WA, argued for defendants-appellees.  Also represented by PATRICK JAMES CONNOLLY, JARED SCHUETTENHELM; DAVID JOHN BALL, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2021          /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                        Clerk of Court